AO 442 (Rev. 12/85) Warrant for Arrest

# United States District Court



Judicial DISTRICT OF New Mexico            07 JAN 31 PM 4:19

UNITED STATES OF AMERICA
V.
Ruben MARTINEZ

CLERK - LAS CRUCES
**WARRANT FOR ARREST**

CASE NUMBER: 07-245 mj

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest  Ruben MARTINEZ
                                                                Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

☐ Indictment   ☐ Information   ☒ Complaint   ☐ Order of court   ☐ Violation notice   ☐ Probation Violation Petition

charging him or her with (brief description of offense)
did knowingly and willingly conspire to distribute approximately 100 pounds of marijuana

_Carol Bevel-Eroum_
Deputy

in violation of Title ___21___ United States Code, Section(s) _846_

KAREN B. MOLZEN
Name of Issuing Officer

_Karen Molzen_
Signature of Issuing Officer

United States Magistrate Judge
Title of Issuing Officer

January 30, 2007 in Las Cruces NM
Date and Location

Bail fixed at $ __None__   by __Karen Molzen__
                                  Name of Judicial Officer

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named defendant at 505 S. Main Ste. 350, Las Cruces, NM 88001 |

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| 01-30-07 | Tennille Kinsey, Special Agent | Tennille Kinsey |
| DATE OF ARREST 01-30-07 | | |