IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

07 MAY -3 PM 4:18

CLERK - LAS CRUCES

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | |
| vs. ) | CRIMINAL NO. 07-845 RB |
| RUBEN MARTINEZ, ) | 18 U.S.C. § 4: Misprision of a Felony |
| Defendant. ) | |

## INFORMATION

The United States Attorney charges:

On or about the 28th day of June, 2006, in Doña Ana County, in the State and District of New Mexico, the Defendant, **RUBEN MARTINEZ,** having knowledge of the actual commission of a felony cognizable by a court of the United States, to wit: Possession with intent to distribute marijuana, contrary to 21 U.S.C. § 841(a)(1) and 21 U.S.C. § 841(b)(1)(D), did conceal the same and did not as soon as possible make known the same to some judge or other person in civil or military authority under the United States.

In violation of 18 U.S.C. § 4.

LARRY GOMEZ
Acting United States Attorney

*[signature]*

MARK A. SALTMAN
Assistant U.S. Attorney
555 S. Telshor Blvd., Ste. 300
Las Cruces, NM 88011
(505) 522-2304 - Tel.
(505) 522-2391 - Fax