IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | |
| vs. ) | CRIMINAL NO. 07-845 RB |
| RUBEN MARTINEZ, ) | |
| Defendant. ) | |

## WAIVER OF INDICTMENT

**RUBEN MARTINEZ**, the above named defendant, who is accused of 18 U.S.C. § 4: Misprision of a Felony, being advised of the nature of the charge and of the defendant's rights, hereby waives in open court prosecution by indictment and consents that the proceeding may be by information instead of by indictment.

_____
RUBEN MARTINEZ
Defendant

_____
CESAR PIERCE-VARELA
Attorney for Defendant

Date: 5-3-07