IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

07 MAY -3 PM 4: 18

CLERK - LAS CRUCES

UNITED STATES OF AMERICA,

        Plaintiff,

vs.                                    No. CR -07-845.RB

RUBEN MARTINEZ,

        Defendant.

## CONSENT TO PROCEED BEFORE UNITED STATES MAGISTRATE JUDGE IN A FELONY CASE

The United States Magistrate Judge has explained to me the nature of the offense(s) with which I am charged and the maximum possible penalties which might be imposed if I plead guilty. I have been informed of my right to the assistance of legal counsel and of my right to plead or go to trial, judgment and sentencing before a United States District Judge.

**I HEREBY: Waive (give up) my right to enter my plea before a United States District Judge and I consent to entering my plea, knowingly and voluntarily, before the Honorable Karen B. Molzen, United States Magistrate Judge.**

_____
Defendant

_____
Attorney for Defendant

Date: May 3, 2007

Before: _____
United States Magistrate Judge